# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACK GROSSMAN,<br>**Plaintiff,**<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE CO.,<br>**Defendant.** | CIVIL ACTION<br><br><br><br>NO. 17-2940 |

## O R D E R

**AND NOW**, this 10th day of January, 2018, upon consideration of Defendant Metropolitan Life Insurance Co.'s Motion for Summary Judgment (ECF No. 16), Plaintiff's Response in Opposition to the Motion (ECF No 19), and Defendant's Reply thereto (ECF No. 20), **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**